UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SWEARINGEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON PRESERVATION PARTNERS, INC.,<br><br>　　　　Defendant. | Case No. 13-cv-04402-WHO<br><br>**ORDER EXTENDING STAY AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 54 |

On August 11, 2014, the Court entered a stay of this case and set a case management conference for January 14, 2015, in light of the FDA's decision in March, 2014 to reopen the comment period for draft guidance on the use of the term "evaporated cane juice," which is central to the claims in this case. Dkt. No. 52. On December 24, 2014, the FDA published a notice indicating that it is evaluating the submitted comments and considering appropriate actions. Dkt. No. 54, p.7.

Given the likely relevance of the FDA's contemplated actions concerning "evaporated cane juice," the parties jointly ask the Court to extend the stay and continue the case management conference until **April 14, 2015**. Their request is GRANTED, and the stay is extended until further order of this Court. The further Joint Case Management Conference Statement is due on **April 7, 2015**. The parties are directed to inform the Court within 20 days of any FDA action on this issue.

**IT IS SO ORDERED**.

Dated: January 8, 2015



WILLIAM H. ORRICK
United States District Judge