UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SWEARINGEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON PRESERVATION PARTNERS, INC.,<br><br>    Defendant. | Case No. 13-cv-04402-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING STAY** |

The parties request that the case management conference currently set for April 14, 2015 be continued and that the stay currently in place be extended to allow the FDA to reach a conclusion regarding its treatment of ingredients declared as evaporated cane juice. Dkt. No. 56 at 9. The parties' request is GRANTED. The case management conference currently set for April 14, 2015 is CONTINUED until August 11, 2015. A further joint case management conference statement is due on August 4, 2015. The stay is EXTENDED until further order of the Court. The parties are directed to inform the Court within 20 days of any FDA action on this issue.

**IT IS SO ORDERED**.

Dated: April 13, 2015

WILLIAM H. ORRICK
United States District Judge